UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SYLVIA FORTE,

         Plaintiff,        No. Civ. S- 04-1110 FCD/DAD

   v.                      **ORDER FOR SANCTIONS**

UNITED AUBURN INDIAN
COMMUNITY, et al.,
         Defendants.
_____/

    On February 15, 2005, the court issued an order deferring payment of sanctions by plaintiff's counsel, Robert F. Koehler, Jr. pursuant to an Order for Sanctions filed on January 19, 2005. Additionally, Mr. Koehler was instructed to notify the court, in writing, on or before April 1, 2005 as to the status of this action, or if the action has settled to file the appropriate dismissal, and upon this notification the sanction order would be discharged.

    Plaintiff's counsel was also informed that failure to comply with this order would result in an additional sanction order and the dismissal of this action.

    As of September 14, 2005, Mr. Koehler has failed to notify the court the status of this action and/or file a dismissal.

The court finds Mr. Koehler's failure to comply with the order of February 15, 2005 very serious, especially in light of the court's deferral of sanctions pursuant to his representations in the order to show cause response filed January 28, 2005.

Accordingly, the court makes the following orders:

1. Mr. Koehler shall pay sanctions in the amount of **$300.00**. Payment should be in the form of a check made payable to the Clerk of the Court. The sum is to be paid personally by plaintiff's counsel **not later than ten (10) days** from the filing of this Order for Sanctions.

2. This sanction is personal to the attorney, is to be borne by him personally, and is not to be transmitted to the client by way of a charge of attorney's fees and/or costs.

3. Plaintiff's case is dismissed for failure to prosecute, Fed. R. Civ. P. 41(b), and for repeated failures to respond to this court's orders, <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260-61 (9th Cir. 1992). With respect to dismissal for failure to follow court orders, the court has reviewed the five factors set forth in <u>Ferdik</u> and finds that each warrants dismissal of plaintiff's case.

IT IS SO ORDERED.

DATED: September 15, 2005.

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
United States District Judge